FILED 30 JUN '11 08:04 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

MICHAEL BLACK,                  )
                                )
           Plaintiff,           )
                                ) Civil No. 10-0136-TC
     v.                         )
                                ) ORDER
MICHAEL J. ASTRUE, Commissioner )
Social Security Administration, )
                                )
           Defendant.           )
_____)

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on May 23, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. The Commissioner's decision is affirmed.

DATED this 28th day of June, 2011.

_____
United States District Judge

2    - ORDER